No. 03–9705.  RODRIGUEZ v. EDDOWES.  Sup. Ct. Nev.  Certiorari denied.

No. 03–9710.  BRYANT-BEY v. GEORGIA.  C. A. 11th Cir.  Certiorari denied.

No. 03–9722.  OWENS v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 03–9723.  HONG BAO LI v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 03–9725.  WILLIAMS v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 03–9732.  BYRD v. RALEIGH HOUSING AUTHORITY.  C. A. 4th Cir.  Certiorari denied.

No. 03–9733.  BAKER v. TURNER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–9769.  DONNELLY v. BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 2d Cir.  Certiorari denied.

No. 03–9780.  SPIES v. IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 03–9862.  VALDEZ v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 03–9902.  MENDEZ, AKA BENITEZ v. YARBOROUGH, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–9919.  ETOKIE v. DISABILITY ACTION CENTER, INC.  C. A. 4th Cir.  Certiorari denied.

No. 03–9960.  FAULKNER v. ILLINOIS.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 03–9967.  LYNCH v. STERNES, WARDEN.  C. A. 7th Cir.  Certiorari denied.